reversed, with costs, and the motion for summary judgment denied. Defendant's answer and papers in opposition to the motion present a question of fact with respect to alleged fraud and deceit in the sale of the lumber which was the consideration for the note sued upon. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORMAN WOLF and Another, Appellants, v. AMERICAN TELEPHONE & TELEGRAPH COMPANY and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRIS PERRY, as Administrator, etc., of BETTY PERRY, Deceased, Respondent, v. FINLAY REALTY CO., INC., and PIERCE J. POWERS, Appellants, Impleaded with Another, Defendant.— Order unanimously reversed, with costs and disbursements, and verdict reinstated. There is sufficient evidence in the record to sustain the finding of the jury that there was no negligence on the part of the appellants. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

EUGENE L. BONDY and Others, Respondents, v. MILLARD E. THEODORE and ALFRED J. SHILLITANI, Appellants, Impleaded with Others, Defendants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse.

GLADYS HOWARD BASS, Respondent, v. VICTOR H. PEARL, Appellant, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,692.15; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of AMERICAN NATIONAL HOCKEY CLUB, INC., for an Order Vacating a Subpoena Duces Tecum Served on JOHN C. BANSER, Its Vice-president and Secretary, in an Action Pending in the Within Court Entitled " BERNEICE CASSINO, as Administratrix, etc., of ANTHONY CASSINO, Plaintiff, against WILLIAM V. DWYER, Defendant." AMERICAN NATIONAL HOCKEY CLUB, INC., Appellant; BERNEICE CASSINO, as Administratrix, etc., of ANTHONY CASSINO, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion to vacate the subpoena *duces tecum* granted without prejudice to the issuance of a subpoena *duces tecum* on behalf of plaintiff directed to appellant, but limited to papers, books and records in appellant's possession or control relating (a) to the stock or assets of the New York Hockey Club, Inc., and (b) to any agreements or memoranda of agreements between New York Hockey Club, Inc., and William V. Dwyer or appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of FRANCES ROSEN, Petitioner, Respondent, for an Order Directing WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, to Reinstate Her to Her Civil Service Position, as Typewriting Copyist, Grade 1, of the Department of Welfare of the City of New York, Appellant.— Order reversed, with twenty dollars costs and disbursements, and the petition dismissed for the reasons stated in the opinion of Callahan, J., in *Matter of Katz* v. *Goldwater* (*ante*, p. 495), handed down herewith. Present —

Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., concurs in the result; O'Malley, J., dissents and votes to affirm for the reasons stated in his dissenting opinion in *Matter of Katz* v. *Goldwater* (*ante*, p. 499).

In the Matter of the Application of ALBERTA R. SMITH, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and the petition dismissed for the reasons stated in the opinion of Callahan, J., in *Matter of Katz* v. *Goldwater* (*ante*, p. 495), handed down herewith. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., concurs in the result; O'Malley, J., dissents and votes to affirm for the reasons stated in his dissenting opinion in *Matter of Katz* v. *Goldwater* (*ante*, p. 499).

In the Matter of the Application of SYLVIA L. RESNICK, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against IRVING V. A. HUIE, as Commissioner of Public Works of the City of New York, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and the petition dismissed for the reasons stated in the opinion of Callahan, J., in *Matter of Katz* v. *Goldwater* (*ante*, p. 495), handed down herewith. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., concurs in the result; O'Malley, J., dissents and votes to affirm for the reasons stated in his dissenting opinion in *Matter of Katz* v. *Goldwater* (*ante*, p. 499.)

OTTO ABRAHAM and Others, Appellants, v. ELECTRIC POWER & LIGHT CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JOHN GERDES and JAMES D. CARPENTER, JR., as Trustees of REYNOLDS INVESTING COMPANY, INC., Debtor, Respondents, v. CLARENCE K. REYNOLDS and WILLIAM F. WOODWARD, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by striking out paragraphs 6, 7 and 11 of the complaint, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants, with leave to the defendants-appellants to answer within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of JOSEPH CLARK BALDWIN, Petitioner, Respondent, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The refusal of the commissioner to grant a permit subject to the restrictions offered at the time the application was made constitutes an abuse of discretion and justifies the order appealed from. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of RAYMOND P. FINNERTY, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.